**FILED**

**2016 JUL 22  P 1: 15**

**CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION**

### Fill in this information to identify the case:

United States Bankruptcy Court for the:

DISTRICT OF VIRGINIA

Case number (if known) _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual      12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

**Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed**

1. Chapter of the Bankruptcy Code

   Check one
   ☒ Chapter 7
   ☐ Chapter 11

**Part 2:   Identify the Debtor**

2. Debtor's full name

   RICHARD
   First name

   D
   Middle name

   FAIRBANK
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   ~~RICHARD FAIRBANK;~~ RICHARD FAIRBANKS;
   ~~FAIRBANKS RICHARD~~
   ~~RICH FAIRBANKS~~

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☒ Unknown

   xxx – xx – ___ ___ ___ ___     OR     9 xx – xx – ___ ___ ___ ___

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☒ Unknown

   EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

   EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

Official Form 105                    Involuntary Petition Against an Individual                    page 1

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



Debtor  **RICHARD D. FAIRBANK**         Case number (if known) _____

6. Debtor's address

**Principal residence**

1680 Capital one Drive
Number    Street

McLean        VA    22102-3491
City          State  ZIP Code

County

**Principal place of business**

Number    Street

Same as Above
City        State  ZIP Code

County

**Mailing address, if different from residence**

Number    Street

City        State  ZIP Code

7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

8. Type of debt

Each petitioner believes:

☐ Debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ Debts are primarily business debts. *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

        Debtor _____ Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

Official Form 105              Involuntary Petition Against an Individual              page 2

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Debtor  **RICHARD D FAIRBANK**                     Case number (if known) _____

### Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district
- ☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Annamalai Annamalai | Damages as a result of injury in fact (Debtor has Consen--ted and Agreed to to this Debt amount) (Five Hundred Million Dollors) | $ 500,000,000.00 |

The Creditor is expected to file his Adversary Complaint with evidences concerning the " Consent & Agreement" between the Debtor & Creditor about $500 Milion Debt owed by the Debtor.

Total  $500,000,000.00

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Official Form 105      Involuntary Petition Against an Individual      page 3

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



Debtor  **RICHARD D FAIRBANK**   Case number _____

### Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both 18 U.S.C §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages 11 U.S.C § 303(i).

Petitioners or Petitioners' Representative

X _[signature]_
Signature of petitioner or representative, including representative's title

Annamalai Annamalai
Printed name of petitioner

Date signed ___ / ___ / _____
         MM   DD   YYYY

Mailing address of petitioner
P.O.Box-1000
Number   Street
Marion,   Illinois   62959
City            State       ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone  404-647-1087
Email  sparu32@gmail.com
       ashokannamalai@gmail.com.

Name and mailing address of petitioner's representative, if any

Ms. Parvathi Sivanadiyan
Name
old No.48, New No.61
Number   Street
Sathyamoorthy Road, Coimbatore-641009
City            State       ZIP Code
INDIA.

Attorneys

X _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City         State       ZIP Code

Date signed ___ / ___ / _____
         MM   DD   YYYY

Contact phone _____  Email _____

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

B2500E (Form 2500E) (12/15)

## United States Bankruptcy Court
### FOR THE District Of VIRGINIA

In re **RICHARD D. FAIRBANK**,  ) Case No. _____
Debtor  )
) Chapter ___7___
)

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on _____ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:


At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

**Annamalai Annamalai; P.O.Box-1000: Marion: Illinois-62959**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.


_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)


* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

   Print Name:    _____

   Business Address:    _____

   _____

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.