UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                               )
                                     )
RICHARD D. FAIRBANK,                 )    Case No. 16-12528-BFK
                                     )    Chapter 7 (Involuntary)
            Debtor.                  )

## ORDER DENYING MOTION FOR ADDITIONAL TIME

On April 30, 2021, Annamalai Annamalai filed a Motion to Disqualify Sarah Boehm, Douglas Foley, and their law firm, McGuire Woods, LLP, from representing the putative Debtor, Richard Fairbank, in this case. Docket No. 105. On May 4, 2021, the Court denied the Motion to Disqualify as moot, because the case was closed and there was no Motion to Reopen pending. Docket No. 106.

On May 10, 2021, Mr. Annamalai filed a Motion to Vacate the Order dismissing the case. Docket No. 109. He has now filed a "Motion to Request Additional Time to File Appropriate Pleadings to Vacate the Court's Order of May 4, 2021, With Additional Relief Sought." Docket No. 116. The Court will deny the Motion for Additional Time because the May 4th Order denying disqualification of the attorneys is not a final order. Mr. Annamalai is free to file a Motion to Vacate the May 4th Order, or a Motion Renewing his Motion to Disqualify, at any time (though, he should do so promptly, as his Motion to Reopen the case is now set for June 29, 2021). Docket No. 113. An extension of time to file a Motion to Vacate the May 4th Order is unnecessary.

It is therefore **ORDERED**:

1. The Motion for Additional Time (Docket No. 116) is denied.

2. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

| | |
|---|---|
| Date: May 18 2021 | /s/ Brian F Kenney |
| | Brian F. Kenney |
| Alexandria, Virginia | United States Bankruptcy Judge |
| | Entered On Docket: May 18, 2021 |

Copies to:

Annamalai Annamalai
C/O Robert A. Deyton Detention Facility
11866 Hastings Bridge Road
P.O. Box 730
Lovejoy, Georgia, 30250

Sarah Beckett Boehm, Esq.
McGuire Woods, LLP
800 East Canal Street
Richmond, VA 23219

Douglas Foley, Esq.
McGuire Woods, LLP
800 East Canal Street
Richmond, VA 23219