RECEIVED
JUN -2 2021
ALEXANDRIA DIVISION
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

RICHARD D. FAIRBANK          Case No. 16-12528-BFK

Debtor                       Chapter-7


## VERIFIED MOTION

Creditor Annamalai's Humble request for a "specific order" towards the "detention facility", to Participate via "video conferencing [zoom call] for all the Hearings, with Extension of time Sought

Creditor Annamalai respectfully States as follows:

1) This Court has set two (2) different hearings. One for June 15th and the other one for June 29th 2021. [please see the orders]

2) Presently Mr. Annamalai is held in a "privately owned" detention facility at Lovejoy, to face his so called resentencing on June 22nd 2021. [Annamalai has won his criminal-historical appeal... see: case No 15-11854CC, 11th circuit, Atlanta, Georgia]

3) Mr. Annamalai "DO NOT" like to Participate via Phone for any hearings, since he had "devastating Experiences" and such participations highly prejudiced Annamalai. [In fact Mr. Annamalai had very bad experience(s) by "overtalking" the court and other parties repeatedly, without properly knowing or understanding when the other side ends up talking]

(4) In the later part of the court hearings, Annamalai was able to order this private detention facility to arrange Annamalai for, to participate via "zoom call", which were obeyed by this facility.

(5) Now Annamalai's so called resentencing is about to occur on June 22nd 2021. (Annamalai "expects" to get "time served" resentencing) Having said, Mr. Annamalai is extensively preparing for such a hearing as we speak. In such a situation, its impossible for Annamalai, to "effectively" prepare for June 15th and 29th hearings.

(6). Further, Annamalai's "first language is 'not' English. Mr. Annamalai is not a native English speaker, and he seriously lacks "competent spoken English skills" for these court hearings. Recently Mr. Annamalai has mailed a motion to "reconsider" for the appointment of a competent Bankruptcy Counsel for Annamalai. Honestly proceeding without an attorney against heavy weight attorneys and the debtor Fairbank, who has "thousands of attorneys and countless money and deep pockets, will put Mr. Annamalai in to an "intentional suicide", which Mr. Annamalai humbly say that "NOT TO HAPPEN."

## Relief Sought

Wherefore, Mr. Annamalai respectfully prays for the following reliefs.

1. Please order the "warden Mike A. Pearce of Robert A. Deyton Detention Facility, to allow and arrange for Mr. Annamalai's "Zoom call"/video conferencing. [Notably all the video conferencing at this facility occurs via zoom call, on a

day to day basis here). Such a forthcoming order, also, please be mailed to the warden Mike A. Pearce and also, please be "faxed" to 770-305-8150 for speedy and prompt delivery.

2. An order to postpone the hearings, being scheduled for June 15th and June 29th, until, after the resolution occurred on the motion to reconsider the appointment of counsel for Annamalai, "with" additional 30 (Thirty) days to "reschedule" the hearing dates.

3. Any more relief for, Mr. Annamalai, also be granted, to do complete Justice in equity.

"Please pardon my "ugly handwriting" Your Honor. I am truly sorry.

Respectfully submitted this day of June 01st 2021

(Annamalai Annamalai)
Creditor Pro se
P.O. Box-730
Lovejoy, GA-30250

Certification:

Mr. Annamalai certifies under penalty of perjury that, this document was not prepared or assisted by an attorney.

Executed on: June 01st 2021

(Annamalai Annamalai)

VERIFICATION PURSUANT TO 28 U.S.C. 1746.

I, Annamalai Annamalai verifies under penalty of perjury that, the foregoing matters are true and correct.

Executed on: 06-01-2021

_____
Annamalai Annamalai
(Declarant)

Certificate of Service.

Mr. Annamalai certifies that, this document is caused to be mailed to the Court, the debtor, via first class mail, postage being prepaid.

Executed on: 06-01-2021

_____
Annamalai Annamalai
P.O. Box-730
Lovejoy, GA-30250

Page 4 of 4

Annamalai Annamalai
C/o Robert A. Deyton Detention Facility
11866 Hastings bridge Road
P.O. Box-730
Lovejoy, GA-30250

Mailed from a detention facility

To:
The Clerk of Court
United States bankruptcy court
Eastern District of Virginia
200 South Washington Street
Alexandria, Virginia- 22314-5405

ATLANTA METRO 301
2 JUN 2021 PM 5 L

U.S. MARSHAL'S
RECEIVED

22314-540500

