Via Priority mail                           June 16th 2021
Tracing Number: 9114 9012 3086 3427 3352 43

Honorable Brian F. Kenney
United States Bankruptcy Court
Eastern District of Virginia
Alexandria division



Ref. Case No 16-12528-BFK and 16-01173-BFK [In Re. RICHARD FAIRBANK]

Good day your honor.

Dear Judge Kenney,

I pray "God" that, this correspondence Shall bring the "God", to give all the "blessings" to your honor, and your honor's loved ones. Also to continuously help, support the "truth", 'law' and also the "United States Constitution".

I have enclosed herewith my "Potential" "Exhibits" to be (expected) submitted on the June 29th hearing, for my "motion" to reopen this case. There are 17 (seventeen) exhibits are enclosed herewith. In fact, all those "Exhibits" are "Judicial Proceedings records", anyway. I have also "itemized" about all the Exhibits with "Short" descriptions accordingly.

I would also, humbly "request" your honor, and also humbly "urges" and "stresses" your honor, be "ready" to access, Particular "Judicial Proceedings" "records" of the State Court of Indiana, and as well as, in the Adversary case No. 16-01173-BFK, since this is NOT a "typical court hearing", and I do not have access to "Internet". It is extremely important for the Court to "access" certain records "electronically" at the time of my hearing.

Page 1 of 4

To access the Indiana court records ["Judicial records"], I respectfully advise as follows: [ALL THE MATTERS IN THIS CORRESPONDENCE, INCLUSIVE OF the "Addendum-A [17 Exhibits are given with "SWORN AFFIDAVIT under oath]

- Please go to www.mycase.in.gov

Your Honor, shall be able to see a "Box", to enter a case number.

- Then, Please enter as follows: [without any space or Dashes]

84D021704MI002768

or

84D021704MI2768.

Then, your honor will be able to see the "Judicial records" of the various "Judicial proceedings" of the State Court of Indiana - Vigo County Superior Court - Terre Haute - Indiana. I am also ready, willing and able to "Guide" the Court appropriately, under "Preponderance of Evidence Standard", and also with the "Inter-connected", "Judicial Proceedings" of "records", that the debtor Fairbank is "Obligated" to "Specifically Perform", various acts, settle his "debts" and also been "Judicially" admitted and also adjudicated as a "Party-in-privity" and as well as my "account debtor" per se. The "Inter-connected" records, notably and "interestingly", well connected between the State Court's Judicial records and as well as the records in the "Adversary Case No. 16-01173-BFK. The same will address and also of any "alleged vagueness", concerns, "this Court" about final orders of "Execution" and "Specific Performance".

I highly appreciate your honor and court's time being given to present my case. Also for the record, from the bottom of my hearts, let me say that, "in the name of God" " I have absolutely, has no intention of 'allegedly harassing" any one for any reasons. I, after all, would like to redress my Grievances "lawfully" and seek "Justice".

page 2 of 4.

In fact, I am being a "Hindu-High Priest/Monk, has been 'well-trained" from the age of my 5 (five) years to "Stand up as a lawful, righteous and a honest man". I have 100% faith to live as a honest man, irrespective of whatever some, "above the law persons", kept on "trashing me", 'hurting me', "harasses me" 'torture me', in various forms and means, Let the "Truth and Justice wins"

I would like to take this opportunity to tender my whole hearted apology to any and all, in case, if they believes that, with any of my known or unknown acts have caused "distress", "I am Truly sorry". "I apologize for the same". I am, and I will be 100% on the side of law and friend of the court(s), and remain as a "honest man", until the last breath in my body, at any circumstances. LAst, but not the least, Please "pardon me" for my lack of Proper English knowledge, spelling and Gramatical errors in my pleadings, since English is NOT my first knowledge.

Thank you your honor and God bless.[1]

Very Truly Yours

Annamalai Annamalai
Creditor pro se
www.siddharpeedam.org
E-mail: avtemple@aol.com

NOTE: I have mailed another hand written version of this document to the Clerk of court to get docketed too.

Enclosures: Addendum -A- [with List of Exhibits and also with 17 (seventeen) Exhibits.

---

1- I respectfully invoke the doctrines of "Rooker-Feldman", Collateral estoppel, to "review" directly or indirectly about any Judicial Proceedings of the State court of Indiana, subject to the instant action.